**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 488 WAL 2018

          Respondent          :

                              :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                    :

                                :

                                :

MICHAEL MOLINA,                :

                                :

          Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.